**James Edward PROCTOR, Plaintiff–Appellant,**

v.

**Susan M. SPARKE, Law Library Supervisor; et al., Defendants–Appellees.**

No. 11–15596.

United States Court of Appeals, Ninth Circuit.

Submitted March 6, 2012.*

Filed March 15, 2012.

* The panel unanimously concludes this case is suitable for decision without oral argument.

James Edward Proctor, Indian Springs, NV, pro se.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

*See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** **

James Edward Proctor, a Nevada state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging interference with his access to the courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2). *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order). We vacate and remand.

The district court ruled that Proctor could not state an access-to-courts claim because "an inmate does not have a constitutional right of access to the courts to appeal a denial of a *habeas* petition." Recently, in *Silva v. Di Vittorio,* 658 F.3d 1090 (9th Cir.2011), we held "that prisoners have a right under the First and Fourteenth Amendments to litigate claims challenging their sentences or the conditions of their confinement to conclusion without *active interference* by prison officials." *Id.* at 1103 (explaining the difference between the "right to assistance" and "interference" analyses for a prisoner's access-to-courts claim). Because the district court did not have the benefit of *Silva* when it dismissed Proctor's action, we vacate and remand for further proceedings.

Proctor shall bear his own costs on appeal.

**VACATED AND REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).